B 27 (Official Form 27) (12/13)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

In re   Victor G. Little
        *Debtor*

8:14-bk-00796  KRM

Case No. ___14-00796___
Chapter ___7___

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: __ARMY & AIR FORCE EXCHANGE SVC - MILITARY STAR__

2. Amount of the debt subject to this reaffirmation agreement:
   $___5,217.11___ on the date of bankruptcy   $___5,217.11___ to be paid under reaffirmation agreement

3. Annual percentage rate of interest: 6.99% + Prime prior to bankruptcy
   6.99% + Prime under reaffirmation agreement ( ___ Fixed Rate  _X_ Adjustable Rate)

4. Repayment terms (if fixed rate): $_____ per month for _____ months

5. Collateral, if any, securing the debt: Current market value: $_____
   Description: _____

6. Does the creditor assert that the debt is nondischargeable? ___Yes ___No
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | Debtor's Income and Expenses as Stated on Reaffirmation Agreement |
|---|---|
| 7A. Total monthly income from Schedule I, line 12    $ 6,604.45 | 7B. Monthly income from all sources after payroll deductions    $ 6,604.45 |
| 8A. Total monthly expenses from Schedule J, line 22    $ 3,354.00 | 8B. Monthly expenses    $ 3,354.00 |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J    $_____ | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses    $_____ |
|  | 10B. Net monthly income    $ 3250.45 (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) |

B27 (Official Form 27) (12/13)                                                                                          Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):
_____
_____

12. Explain with specificity any difference between the expense amounts (8A and 8B):
_____
_____

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____          _____
Signature of Debtor (only required if          Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                    required if line 11 or 12 is completed)

**Other Information**

☐ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:
_____
_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
_____Yes            _____No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
_____Yes            _____No


## FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature
  Jennifer Pursley
Print/Type Name & Signer's Relation to Case

B240A (Form B240A) (04/10)

> Check one.
> ☐ Presumption of Undue Hardship
> ☒ No Presumption of Undue Hardship
> *See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

In re   Victor G. Little  ,         Case No. 14-00796        8:14-bk-00796   KRM
         *Debtor*

Chapter 7

## REAFFIRMATION DOCUMENTS

Name of Creditor:  ARMY & AIR FORCE EXCHANGE SVC - MILITARY STAR

☐ Check this box if Creditor is a Credit Union

### PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed:  revolving account
   *For example, auto loan*

B. **AMOUNT REAFFIRMED**:   $   5217.11

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

   *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The **ANNUAL PERCENTAGE RATE** applicable to the Amount Reaffirmed is 6.99% + Prime

   *See definition of "Annual Percentage Rate" in Part V, Section C below.*

   This is a *(check one)*    ☐ Fixed rate         ☒ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

B240A. Reaffirmation Documents                                                                                       Page 2

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☐   $ _____ per month for _____ months starting on _____

☒   Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.
    Revolving account
    _____
    _____

E. Describe the collateral, if any, securing the debt:

   Description: _____
   Current Market Value   $ _____

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

   ☐ Yes.  What was the purchase price for the collateral?   $ _____

   ☒ No.   What was the amount of the original loan?          $  5217.11

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 5,217.11 | $ 5217.11 |
| Annual Percentage Rate | 6.99 % + Prime | 6.99% + Prime |
| Monthly Payment | $ 168.50 | $ 168.50 |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:
_____
_____

## PART II.   DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

   Check one.   ☐ Yes   ☐ No

B. Is the creditor a credit union?

   Check one.   ☐ Yes   ☒ No

B240A, Reaffirmation Documents                                                                                           Page 3

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

  1. Your present monthly income and expenses are:

     a. Monthly income from all sources after payroll deductions
        (take-home pay plus any other income)                                    $ 6,604.45

     b. Monthly expenses (including all reaffirmed debts except
        this one)                                                                $ 3,354.00

     c. Amount available to pay this reaffirmed debt (subtract b. from a.)       $ 3,250.45

     d. Amount of monthly payment required for this reaffirmed debt              $ 168.50

     *If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

  2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

     Check one of the two statements below, if applicable:

     ☐  You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

     ☐  You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:
        _____
        _____
        _____

     Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

     ☐  You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

B240A. Reaffirmation Documents                                                                 Page 4

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date  7 March 2014    Signature _____
                                         *Debtor*
Date _____   Signature _____
                                         *Joint Debtor, if any*

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor   ARMY & AIR FORCE EXCHANGE SVC -      Bass & Associates, P.C., 3936 E. Ft. Lowell Ste 200, Tucson, AZ, 85712
                  *Print Name*                                        *Address*

   Jennifer Pursley                                          _____    3/25/14
   *Print Name of Representative*                                  *Signature*              *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date _____   Signature of Debtor's Attorney _____

                               Print Name of Debtor's Attorney _____

B240A. Reaffirmation Documents                                                                                          Page 5

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A.    DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation to pay. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required. However, the court may extend the time for filing, even after the 60-day period has ended.

5. **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6. **When will this Reaffirmation Agreement be effective?**

    a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

    i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

    ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

    b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

B.  **INSTRUCTIONS**

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home. You can use Form B240B to do this.*

## C. DEFINITIONS

1. **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2. **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3. **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

B240B (Form B240B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## <u>Middle</u> District of <u>Florida</u>

In re <u>Victor G. Little</u>,  
       *Debtor*

Case No. <u>14-00796</u>

Chapter <u>7</u>

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

    G  11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

    G  11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form B240A, Reaffirmation Documents)

Signed: _____  
       *(Debtor)*

_____  
*(Joint Debtor, if any)*

Date: <u>7 March 2014</u>

B240C (Form B240C) (12/09)

# United States Bankruptcy Court
__Middle__ District of __Florida__

In re __Victor G. Little__ ,                Case No. __14-00796__
                Debtor                      Chapter __7__

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) _____ has (have) filed a motion for approval of the reaffirmation agreement dated _____ made between the debtor(s) and creditor _____. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____ (date).

COURT ORDER:

    G  The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

    G  The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

    G  The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

    G  The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

    G  The court does not approve the reaffirmation agreement.

BY THE COURT

Date: _____

_____
*United States Bankruptcy Judge*



# MILITARY STAR®

Account Statement December 14, 2013 to January 13, 2014
Account Ending: 8515

## Account Summary

| | |
|---|---|
| Previous Balance | $4,997.10 |
| Purchases/Other Debits | $202.63 |
| Payments/Other Credits | -$64.00 |
| Fees Charged | $25.00 |
| Interest Charged | $43.20 |
| New Balance | $5,203.93 |
| Payment Past Due | $117.39 |
| Current Minimum Payment Due | $144.00 |
| Total Minimum Payment Due | $261.39 |
| Statement Closing Date | 13 Jan 2014 |
| Days In Billing Cycle | 31 |
| **Credit Limit(s):** | |
| Retail Plan Credit Limit | $6,500.00 |
| Retail Plan Available Credit | $1,339.46 |
| Military Clothing Plan Credit Limit | $500.00 |
| Military Clothing Available Credit | $456.61 |

\* Paying by Allotment? Please see "Important Notices" for information concerning the posting of your payments. \*

**Your account is past due 1 payment.**
If your account continues to go past due it will impact your account privileges. To bring the account up to date, please call us to discuss your options. Please see **Important Notices** section for details.

## Payment Information

| | |
|---|---|
| New Balance | $5,203.93 |
| Total Minimum Payment Due | $261.39 |
| Payment Due Date | 13 February 2014 |

**Late Payment Warning:** If we do not receive your minimum payment by your "Payment Due Date" and you become 60 days past due (90 days after the closing date of the billing cycle), your account becomes delinquent and your APR may increase to 18.24%(v).

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For Example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on this statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| *Calculated Minimum Payment Due | 44 Month(s) | $6,348.76 |
| $168.50 | 36 Months | $6,066.11 ( Savings = $282.65 ) |

\* Please refer to the "Important Notices" section of your statement for more information. \*

If you would like information about Credit Counseling Services, call us toll-free at 1-877-891-7827 or visit online at:
www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm

**Questions?**

Call Customer Service: 1-877-891-7827

Visit online: www.milexch.com

Please send billing inquires and correspondence to:
Exchange Credit Program
Disputes Unit
P.O. Box 650410
Dallas, TX 75265-0410

---

*Keep Top Portion for your records – Send Bottom with Payment – Address changes on back of coupon*

PAYMENT IS PAST DUE

| | |
|---|---|
| Account # | 8515 |
| New Balance | $5,203.93 |
| Total Minimum Payment Due | **$261.39** |
| Payment Due Date | **13 February 2014** |

VICTOR G LITTLE
1 LEVONSHIRE PL
VALRICO, FL 33596

Payment amount _____
Please make payment to:
**Exchange Credit Program**
Payments in excess of the minimum amount will be applied to interest-bearing plans first.

THE EXCHANGE
PO BOX 740890
CINCINNATI OH 45274-0890

# MILITARY STAR®

Billing Date: 13 Jan 2014
Name: VICTOR G LITTLE

## Transactions

| Date | Description | Reference # | Location | Amount |
|---|---|---|---|---|
| 19 Dec 2013 | Pymt Check-Free | | Exch Credit Pay Process | -$64.00 |
| 21 Dec 2013 | Charge | 00926140201221722690199 | MacDill Shoppette W/Gas | $25.35 |
| 28 Dec 2013 | Charge | 00926140201228658780340 | MacDill Shoppette W/Gas | $53.19 |
| 30 Dec 2013 | ACH Online Pymt | | Exch Credit Pay Process | -$117.39 |
| 30 Dec 2013 | ACH Pymt Rev W/Fee | | Exch Credit Pay Process | $117.39 |
| 02 Jan 2014 | Pymt Check-Free | | Exch Credit Pay Process | -$64.00 |
| 02 Jan 2014 | Pymt Rev Check-Free | | Exch Credit Pay Process | $64.00 |
| 06 Jan 2014 | Charge | 00926140200106127870424 | MacDill Shoppette W/Gas | $71.88 |
| 10 Jan 2014 | Charge | 00926140200110521000190 | MacDill Shoppette W/Gas | $52.21 |

## Fees

| Date | Description | Amount |
|---|---|---|
| 06 Jan 2014 | NSF Fee 1 Assessment | $25.00 |
| | **Total Fees for This Period** | **$25.00** |

## Interest Charged

| Date | Description | Amount |
|---|---|---|
| 13 Jan 2014 | Billed Interest | $43.20 |
| | **Total Interest for This Period** | **$43.20** |

## Interest Charge Calculations

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Plan Name | Plan Expiration Date | Beginning Bal. Subject to Interest Rate | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Exchange Retail | | $0.00 | 9.99% | $0.00 | $0.00 |
| Exchange Retail | | $4,953.71 | 10.24%(v) | $4,967.60 | $43.20 |
| Military Clothing 8 Mos | | $43.39 | 0.00% | $0.00 | $0.00 |

| 2014 Year to Date Interest & Fee Totals | |
|---|---|
| 2014 Year to Date Interest | $43.20 |
| 2014 Year to Date Fees | $25.00 |

(v) = Variable Rate

---

## Billing Address Change

*NOTE: Write out complete address even if only changing one item.*

Address Line One _____

Address Line Two _____

City _____ State _____ ZIP/APO _____

Phone Number _____

# MILITARY STAR®

Page 3 of 5
Billing Date: 13 Jan 2014
Name: VICTOR G LITTLE

## Important Notices

- **Paying by Allotment?** If you choose to establish an Allotment to pay your account, please be sure to provide DFAS with your 16 digit account number instead of your SSN. This will ensure your payment is posted to the account of your choosing, should you have more than one account with the Exchange.

- Your **\*Calculated Minimum Payment Due** is **$144.29.** This amount may not be equal to your Current Minimum Payment Due or your Total Minimum Payment due if your account is past due or paid ahead.

- Your account is **PAST DUE 1 PAYMENT.** Please call 1-877-891-7827 or log on to www.milexch.com and chat live with an AAFES Representative to discuss your payment options. Please disregard if payment has been made.

- Please visit online at **www.justice.gov/ust/eo/bapcpa/ccde/cc_approved.htm** to find a Consumer Credit Counseling Service (CCCS) in your area.

- We may report information about your account to Credit Bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

- Calling from outside the USA? Here are the 24/7 automated account access phone numbers:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Japan: | 00531-114239 | Norway: | 800-14-110 | Korea: | 00308-130663 | | |
| Germany: | 0-800-812-4690 | Italy: | 8008-72683 | United Kingdom: | 0800-96-1843 | | |
| Belgium: | 0800-1-6374 | Crete: | 00-800-18092003452 | Netherlands: | 0800-022-9614 | | |
| OEF/OIF Countries: | 214-312-6030 (collect) | Guam: | 1-800-546-7195 | Turkey/Saudi Arabia: | 214-312-6030 (collect) | | |
| Spain: | 900-971-394 | | | | | | |

- **NOTICE TO CUSTOMERS MAKING PAYMENT BY CHECK.**

   When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

   When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

   If the electronic fund transfer cannot be completed because there are insufficient funds in your account, we may impose a one-time fee of up to $25.00 against your account, which we will also collect by electronic fund transfer.

   Privacy Act - A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available at www.PCCOTC.GOV/PCCOTC/INDEX.HTM or call toll free at 1-866-945-7920 (local number (Delaware) 302-324-6442, Military DSN 510-428-6824 (option 4, option 5, option 4) to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.

---

## Notification of Disputed Item

If you think your bill is incorrect, or if you need more information about an item on your bill, please complete the form below and mail it to:

Exchange Credit Program, Disputes Unit, P.O. Box 650410, Dallas, TX 75265-0410, or fax to: 214-465-2017

Your Name _____

Account Number _____

Nature of Dispute _____

Transaction Date    Amount    Store Name/Location

_____    _____    _____

**Attach any evidence supporting your claim.**

You are obligated to pay the portion of your account that is not in dispute.

You are not required to pay the portion of your account that is under investigation.

If we report incorrect information concerning your account to a credit bureau, we will notify the appropriate agency to correct the error.

**Account holder's signature is required:**

_____

Case 8:14-bk-00796-KRM   Doc 11   Filed 03/25/14   Page 15 of 16

**MILITARY STAR®**

Billing Date
Name

Page 4 of 5
13 Jan 2014
VICTOR G LITTLE

## Terms and Conditions

**To see a copy of the Terms and Conditions please visit us online at:**
**https://odin.aafes.com/starcard/default.asp**

**Credit Bureau Reporting:**
In accordance with 31 USC Sec 3711, Exchange Credit program debts are due the Government. Because of this regulation, we are required to advise account holders that sixty days after an amount is shown as past due on the billing statement, we will disclose to consumer reporting agencies a change in the status of the account, from current to past due. The account holder's name, SSAN, credit limit, account balance, delinquent amount and delinquent data will be reported. The account holder has the right to an explanation or review of the debt. Please contact us if there is an error regarding the debt or to establish a payment plan.

**Balance Computation Method:**
We figure the Interest Charges for your Account by applying the Daily Periodic Rate to the "Daily Balance" of your Account (including new purchases) for each day in the Billing Cycle. We calculate a separate Daily Balance for each of the different categories of your Account (for purchases made under the Retail Plan, the Military Clothing Plan, and any Special Promotions). To get the 'Daily Balance' for each Account category, we take the beginning balance of your Account each day in each category, add any new purchases, and then subtract any unpaid Interest Charges, unpaid Account Fees, unpaid costs and charges of collection, payments and credits. This gives us the Daily Balance for each category of your Account.

**Special Rule for Credit Card Purchases:**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase).

**BILLING RIGHTS SUMMARY**
**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper or you may use the dispute form located on the back of your statement, at the Exchange Credit Program, Disputes Unit, P.O. Box 650410, Dallas, TX 75265-0410 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter or on the form, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
- If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question (see form on page 3).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Billing Date
Name

Page 5 of 5
13 Jan 2014
VICTOR G LITTLE







